Dismissed and Memorandum Opinion filed May 25, 2006









Dismissed and Memorandum Opinion filed May 25, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01284-CV

____________

 

MARK RORIE,
Appellant

 

V.

 

HARRIS COUNTY, TEXAS,
Appellee

 



 

On Appeal from County Civil Court
at Law No. 2

Harris County, Texas

Trial Court Cause No.
818,460

 



 

M E M O R A N D U M   O P I N I O N

This is an attempted appeal from a
judgment signed October 10, 2005.  The
record reflects a motion for new trial was timely filed.  The trial court granted the motion for new
trial.  Accordingly, the record before
this court contains no appealable order. 

On April 27, 2006, notification was
transmitted to all parties of the Court=s intent to
dismiss the appeal for want of jurisdiction. 
See Tex. R. App. P. 42.3(a).  Appellant filed no response.

Accordingly, the appeal is ordered
dismissed.








 

PER CURIAM

 

Judgment
rendered and Memorandum Opinion filed May 25, 2006.

Panel consists
of Justices Hudson, Fowler, and Seymore.